

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023

Joshua A. Druck
Direct Dial 973-946-8298
jdruck@lawgmm.com

April 17, 2023

VIA ECF

Judge Analisa Torres, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Denali Property Management, Inc. v. Denali Management, Inc.
             Docket No. 23-cv-1249-AT

Dear Judge Torres:

        We represent defendant Denali Management, Inc. ("Defendant") in connection with the above-referenced action. We submit this letter jointly with plaintiff Denali Property Management, Inc. ("Plaintiff") to advise the Court that at least one of the parties does not consent to conducting all further proceedings before the assigned Magistrate Judge.

        In addition, the parties jointly request that Your Honor extend the deadline set forth in the Initial Pretrial Scheduling Order [Dkt. No. 7] for submitting a joint letter and joint Case Management Plan and Scheduling Order through May 1, 2023. The original deadline for submitting the joint Case Management Plan and Scheduling Order is set for today, and Plaintiff has stated that it would like to review and analyze Defendant's responsive pleading (also due to be filed today) prior to conferring as to a CMC. There have been no previous requests for extension of this deadline.

        We appreciate the time and consideration extended by Your Honor in this matter.

        Respectfully,

        /s/Joshua A. Druck

        Joshua A. Druck

GRANTED.

SO ORDERED.

Dated: April 18, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge