```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/11/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENALI PROPERTY MANAGEMENT, INC.,

               Plaintiff,

-against-

DENALI MANAGEMENT, INC.,

               Defendants.

23 Civ. 1249 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Case Management Conference scheduled for October 3, 2023, is ADJOURNED until **October 5, 2023 at 11:00 a.m.** The parties shall file a joint status letter not later than one week in advice of the Conference.

    SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                   ANALISA TORRES
                                           United States District Judge