UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DENALI PROPERTY MANAGEMENT, INC.,

                Plaintiff,

-against-

DENALI MANAGEMENT, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/7/2023__

23 Civ. 1249 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The case management conference scheduled for November 28, 2023, is ADJOURNED to **January 3, 2024**, at **10:00 a.m.**

      SO ORDERED.

Dated: November 7, 2023
       New York, New York

ANALISA TORRES
United States District Judge