USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENALI PROPERTY MANAGEMENT, INC., :
: 23-CV-1249 (AT) (RWL)
Plaintiff, :
:
- against - : ORDER
:
DENALI MANAGEMENT, INC., :
:
Defendant. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having had follow up discussions with counsel for both parties, the Court is of the view that the parties remain very far apart on the monetary value of sale or license of Plaintiff's mark to Defendant. The Court, however, recognizes that it could still be worthwhile to have another settlement conference. In light of the revised case schedule, the parties shall meet and confer and, by November 15, 2023, shall file a letter advising the Court of what the parties believe would be the most opportune juncture to hold a settlement conference – after completion of fact discovery, after completion of expert discovery, or some other time. The earliest the Court likely would be able to have a conference would be sometime in January 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2023
　　　　New York, New York

Copies transmitted this date to all counsel of record.

1