```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DENALI PROPERTY MANAGEMENT, INC.,

                        Plaintiff,

        -against-                                          23 Civ. 1249 (AT)

DENALI MANAGEMENT, INC.,                                       ORDER

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2023_

ANALISA TORRES, District Judge:

On November 7, 2023, the Court scheduled a case management conference for January 3, 2024. ECF No. 34. The parties were required to file a joint status letter no later than one week in advance of the conference. ECF No. 22 ¶ 16. That submission is now overdue.

Accordingly, the case management conference scheduled for January 3, 2024, is ADJOURNED *sine die*.

Further, fact discovery closed on December 15, 2023. ECF No. 33. The parties are reminded that pre-motion letters for leave to file a motion for summary judgment were due within fourteen days of the close of fact discovery. ECF No. 22 ¶ 8. The Court has received no submissions. By **February 9, 2024**, the parties shall submit a joint letter to the Court, addressing the status of discovery and settlement negotiations.

SO ORDERED.

Dated: December 29, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge